# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEA CONTAINERS LTD., et al.,[1] | ) | Case No. 06-11156 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Hearing Date: November 8, 2006 at 12:00 p.m. (ET)** |
| | ) | **Objection Deadline: November 1, 2006 at 4:00 p.m. (ET)** |
| | ) | |

## NOTICE OF APPLICATION

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) THOSE ENTITIES OR INDIVIDUALS LISTED ON THE DEBTORS' CONSOLIDATED LIST OF LARGEST UNSECURED CREDITORS; (III) COUNSEL TO THE AD HOC COMMITTEE OF PUBLIC NOTE HOLDERS; (IV) COUNSEL TO THE INDENTURE TRUSTEE FOR EACH SERIES OF PUBLIC NOTES AND (V) THOSE PARTIES REQUESTING NOTICE IN ACCORDANCE WITH LOCAL RULE 2002-1(B).

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (the "Debtors")[2] have filed the attached **APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION,** *NUNC PRO TUNC* **TO THE PETITION DATE** (the "Application").

Responses, if any, to the Application must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **November 1, 2006 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must serve a copy of your response upon the undersigned counsel.

**A HEARING ON THE APPLICATION WILL BE HELD ON NOVEMBER 8, 2006 AT 12:00 P.M. (ET) BEFORE THE HONORABLE KEVIN J. CAREY IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.**

---

[1] The Debtors are Sea Containers Caribbean Inc., Sea Containers Ltd. and Sea Containers Services Ltd.

[2] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Sea Containers Ltd. (8412); Sea Containers Services Ltd. (9667); and Sea Containers Caribbean Inc. (4881). The address of Sea Containers Ltd. is 22 Victoria Street, P.O. Box HM 1179, Hamilton HMEX, Bermuda. The address of Sea Containers Services Ltd. is 20 Upper Ground, London SE1 9PF, United Kingdom. The address of Sea Containers Caribbean, Inc. is 1114 Avenue of the Americas, New York, NY 10036.

IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.

Dated: Wilmington, Delaware
_October 23_, 2006

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Edmon L. Morton (No. 3856)
Sean T. Greecher (No. 4484)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

**SIDLEY AUSTIN LLP**
Larry Nyhan
Jeffrey E. Bjork
Michael G. Burke
10 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for the Debtors and Debtors-in-Possession

In re:

SEA CONTAINERS LTD., et al.,[1]

                  Debtors.

Chapter 11

Case No. 06-11156 (KJC)

Jointly Administered

**Hearing Date: Nov. 8, 2006 at 12:00 p.m. (ET)**
**Objection Deadline: Nov. 1, 2006 at 4:00 p.m. (ET)**

---

### APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE

Sea Containers Ltd. ("SCL"), Sea Containers Services Ltd. ("Services") and Sea Containers Caribbean Inc. ("SCC") (each a "Debtor" and collectively, the "Debtors") hereby submit this Application (the "Application") for entry of an order authorizing the employment and retention of Sidley Austin LLP ("Sidley") as general reorganization and bankruptcy counsel for the Debtors pursuant to sections 327(a) and 1107(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), nunc pro tunc to the Petition Date (as defined herein). Factual background in support of this Application is set forth in the Affidavit of Larry J. Nyhan in Support of Application for an Order Authorizing the Employment and Retention of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession and Disclosure of Compensation Pursuant to 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b) (the "Nyhan Affidavit"), filed concurrently with this Application and incorporated herein by reference. In further support hereof, the Debtors respectfully represent as follows:

---

[1]    The Debtors are Sea Containers Caribbean Inc., Sea Containers Ltd. and Sea Containers Services Ltd.

## STATUS OF THE CASE AND JURISDICTION

1.     On October 15, 2006 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On October 17, 2006, the Court entered an order directing the joint administration and procedural consolidation of these chapter 11 cases.

2.     The Debtors are continuing in possession of their respective properties and have continued to operate and maintain their respective businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.     No request has been made for the appointment of a trustee or examiner and no official committee has yet been established in these cases.

4.     The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). The statutory bases for the relief sought herein are sections 327(a) and 1107 of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1.

## BACKGROUND

5.     SCL, by and through its group of companies (collectively, the "Company"),[2] is primarily engaged in the marine container leasing business and the passenger rail transportation business. The Company also maintains other business interests in container manufacturing and repairing, property investment, perishable commodity production and sales, and publishing. The Company operates as a global consolidated business and has employees, assets and creditors throughout the world.

---

[2]     The Company consists of the Debtors, as well as a number of non-debtor, wholly-owned foreign and US subsidiaries (collectively, the "Non-Debtor Subsidiaries") of which SCL is the immediate or ultimate parent company.

6.     Background information regarding the Company's various businesses and interests and the events and circumstances leading to the commencement of the Debtors' chapter 11 cases is more fully set forth in the Declaration of Robert D. MacKenzie in Support of Chapter 11 Petitions and First Day Motions filed on the Petition Date.

## RELIEF REQUESTED

7.     The Debtors' chapter 11 cases are complex and requires counsel with extensive experience in bankruptcy, insolvency and restructuring matters, including cross-border insolvency issues, as well as specialized and substantial experience in litigation, corporate, real estate, intellectual property, employment, banking and tax law. The Debtors hereby seek to employ and retain Sidley as their counsel in these chapter 11 cases, nunc pro tunc to the Petition Date, to represent the Debtors in all aspects of their reorganization on the terms described herein.

## BASIS FOR RELIEF

8.     Sidley is a full-service law firm with a national and international presence. Sidley has more than 1,550 lawyers in fourteen offices in major cities throughout the United States, Europe and Asia. Sidley has experience and expertise in every major substantive area of legal practice, and its clients include leading public companies and privately held businesses in a variety of industries and major nonprofit organizations.

9.     The Debtors have also chosen to retain the law firm of Young Conaway Stargatt & Taylor LLC ("YCST") to act as their Delaware bankruptcy counsel in these chapter 11 cases. The Debtors are submitting, concurrently herewith, a separate application to retain YCST. Sidley and YCST have worked together on a variety of engagements in the past and have conferred about their respective roles in the these cases in order to avoid duplication of effort.

10.     In the months leading up to the Petition Date, Sidley has been advising the Debtors on restructuring and insolvency issues, including factors pertinent to the commencement

of these cases, as well as on general corporate, banking and litigation matters. In so doing, Sidley has become intimately familiar with the Debtors and their affairs. The partners and associates of Sidley who will advise the Debtors in these cases have wide-ranging experience in bankruptcy and insolvency law, as well as in litigation, corporate, real estate, intellectual property, environmental, employment, banking and tax law. The Debtors believe that Sidley is uniquely qualified to represent them as debtors in possession in these chapter 11 cases.

### SERVICES TO BE RENDERED

11. Sidley's professional services are necessary to enable the Debtors to effectively execute their duties as debtors in possession. Subject to the control and orders of this Court, the Debtors anticipate that Sidley will perform the following legal services, among others, in these chapter 11 cases:

(a) provide legal advice with respect to the Debtors' powers and duties as debtors in possession in the continued operation of their businesses;

(b) take all necessary action on behalf of the Debtors to protect and preserve the Debtors' estates, including prosecuting actions on behalf of the Debtors, negotiating any and all litigation in which the Debtors are involved, and objecting to claims filed against the Debtors' estates;

(c) prepare on behalf of the Debtors all necessary motions, answers, orders, reports and other legal papers in connection with the administration of the Debtors' estates;

(d) attend meetings and negotiate with representatives of creditors and other parties in interest, attend court hearings, and advise the Debtors on the conduct of their chapter 11 cases;

(e) perform any and all other legal services for the Debtors in connection with these chapter 11 cases and with the formulation and implementation of the Debtors' plan of reorganization;

(f) advise and assist the Debtors regarding all aspects of the plan confirmation process, including, but not limited to, securing the approval of a disclosure statement, soliciting votes in support of plan confirmation, and securing confirmation of the plan;

(g) provide legal advice and representation with respect to various obligations of the Debtors and their directors and officers;

(h) provide legal advice and perform legal services with respect to matters involving the negotiation of the terms and the issuance of corporate securities, matters relating to corporate governance and the interpretation, application or amendment of the Debtors' corporate documents, including their certificates or articles of incorporation, bylaws, material contracts, and matters involving the fiduciary duties of the Debtors and their officers and directors;

(i) provide legal advice and legal services to directors and officers, including former directors and officers, of the Debtors with respect to the class action securities litigation;

(j) provide legal advice and legal services with respect to litigation, tax and other general non-bankruptcy legal issues for the Debtors to the extent requested by the Debtors; and

(k) render such other services as may be in the best interests of the Debtors in connection with any of the foregoing and all other necessary or appropriate legal services in connection with these chapter 11 cases, as agreed upon by Sidley and the Debtors.

## PROFESSIONAL COMPENSATION

12. Subject to this Court's approval, Sidley intends to (i) charge the Debtors for its legal services on an hourly basis in accordance with its ordinary and customary rates in effect on the date such services are rendered, and (ii) seek reimbursement of actual and necessary costs and expenses incurred by Sidley in connection with these cases. Sidley has informed the Debtors that its hourly rates are subject to periodic adjustment from time to time in accordance with Sidley's established billing practices and procedures. Sidley's billing rates currently range from $415 to $850 per hour for U.S.-based partners, and £450 to £550 for U.K.-based partners, $190 to $495 per hour for U.S.-based associates and £195 to £410 for U.K.-based associates, and $25 to $240 per hour for U.S.-based para-professionals and £110 to £140 for U.K.-based para-professionals.

5

13.     In addition to the hourly rates set forth above, Sidley customarily charges its clients for all costs and expenses incurred in connection with the client's case. These charges include, among other things, long-distance telephone and telecopier charges, mail and express mail charges, special or hand delivery charges, document processing charges, filing fees, photocopying charges, travel expenses, expenses for "working meals," computerized research, and transcription costs, as well as non-ordinary overhead expenses such as secretarial overtime. Sidley will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to Sidley's other clients and the Local Rules.

14.     Sidley has represented the Debtors in connection with their restructuring efforts to date. Sidley received an advance payment retainers in the amount of $200,000 on April 5, 2006 and $200,000 on April 21, 2006 (together, the "Retainer"). As of the Petition Date, Sidley held a Retainer in the amount of $402,969.64.[3]

15.     In addition to the Retainer that it held as of the Petition Date, Sidley received approximately $5,663,079.85 in fees and $223,489.11 in expenses from the Debtors within one year prior to the Petition Date on account of legal services rendered in contemplation of or in connection with the restructuring efforts of the Debtors and the filing of these chapter 11 cases.

16.     Sidley has advised the Debtors that it intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of expenses incurred in these chapter 11 cases in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of this Court.

---

[3]     Of this amount, $2,969.64 represents an overpayment made by the Debtors.

## DISINTERESTEDNESS OF PROFESSIONALS

17.     Sidley has informed the Debtors that, as set forth in more detail in the concurrently filed Nyhan Affidavit and subject to any explanations and/or exceptions contained therein, Sidley (a) does not hold or represent any interest adverse to the Debtors' estates in matters upon which it is to be engaged, and (b) is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

18.     Sidley has informed the Debtors that Sidley has not shared or agreed to share any compensation received in connection with these chapter 11 cases with any entity other than its partners and associates in accordance with Sidley's partnership agreement and Section 504(b) of the Bankruptcy Code.

19.     The Debtors believe that it is necessary and in the best interests of their estates and creditors for the Debtors to be authorized to employ and retain Sidley to render professional services on their behalf.

## NOTICE

20.     Notice of this Motion has been provided to: (i) the Office of the United States Trustee; (ii) those entities or individuals listed on the Debtors' consolidated list of largest unsecured creditors; (iii) counsel to the Ad Hoc Committee of public note holders; and (iv) counsel to the indenture trustee for each series of public notes and (iv) those parties requesting notice in accordance with Local Rule 2002-1(b).  In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

## NO PRIOR REQUEST

21.     The Debtors have not previously sought the relief requested herein from this or any other Court.

WHEREFORE, the Debtors respectfully request that this Court enter an order, in substantially the form attached hereto as Exhibit A, (i) authorizing the Debtors to employ and retain Sidley as their general reorganization and bankruptcy counsel pursuant to Sections 327(a) and 1107 of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1, nunc pro tunc to the Petition Date, on the terms and conditions set forth herein, and (ii) granting such other and further relief as may be just and proper.

Dated: October 23, 2006

SEA CONTAINERS LTD.
(for itself and on behalf of each Debtor)

_E S Hetherington_

Edwin S. Hetherington
Vice-President, General Counsel and Secretary
Sea Containers Ltd.

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SEA CONTAINERS LTD., et al.,[1] | Case No. 06-11156 (KJC) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF LARRY J. NYHAN IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION AND DISCLOSURE OF COMPENSATION PURSUANT 11 U.S.C. §329 AND RULE 2016(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | ss: |
| COUNTY OF COOK | ) | |

I, LARRY J. NYHAN, declare as follows:

1.     I am a partner in the law firm of Sidley Austin LLP ("Sidley" or the "Firm") and am a resident at its offices located at One South Dearborn Street in Chicago, Illinois 60603. I am duly authorized to submit this Affidavit on behalf of the Firm. I submit this Affidavit in support of the application of Sea Containers Ltd. ("SCL") and its affiliated debtors (collectively, the "Debtor") to retain Sidley as their general reorganization and bankruptcy counsel pursuant to sections 327(a) and 1107(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). This Affidavit also provides the disclosure of compensation required under section 329 of the

---

[1]     The Debtors are Sea Containers Caribbean Inc., Sea Containers Ltd. and Sea Containers Services Ltd.

Bankruptcy Code and Bankruptcy Rule 2016(b).  Unless otherwise stated in this Affidavit, I have personal knowledge of the facts set forth herein.

2.     Sidley has conducted a series of searches of its conflicts databases to identify relationships with creditors and other parties in interest (or potential parties in interest) in these chapter 11 cases.  Specifically, Sidley has searched its databases to identify, during the last five (5) years, any (i) circumstances in which Sidley has represented clients other than the Debtors in matters involving the Debtors or their non-debtor affiliates, (ii) representations by Sidley of GE SeaCo and affiliated entities, (iii) representations by Sidley of the Debtors' largest unsecured creditors, (iv) representations by Sidley of known prepetition lenders to the Debtors, (v) representations by Sidley of the lenders to non-Debtor subsidiaries in which SCL has guaranteed the non-Debtor subsidiaries' obligations, (vi) representations by Sidley of parties to significant litigation with the Debtors, (vii) representations by Sidley of the Debtors' major insurance carriers, reinsurance carries, agents and brokers, (viii) representations by Sidley of counterparties to certain of the Debtors' leases and executory contracts, (ix) representations by Sidley of equity holders holding more than 5% of SCL's outstanding class A common stock, (x) representations by Sidley of additional 18 largest class A equity holders of SCL, (xi) representations by Sidley of holders of greater than 500 class B shares of SCL, (xii) representations by Sidley of the current and former directors and officers of the Debtors, (xiii) representations by Sidley of other professionals retained by the Debtors in their chapter 11 cases, (xiv) representations by Sidley of the professionals retained by the ad hoc committee of the public noteholders and to the pension schemes, (xv) representations by Sidley of the Debtors' ordinary course professionals, and (xvi) other significant relationships between Sidley and entities who may be potentially adverse to the Debtors.

2

3. Attached hereto as Exhibit A is a list of all persons and entities that were reviewed for potential connections with Sidley. The chart set forth in Exhibit B hereto summarizes the results of the foregoing searches. As set forth in greater detail in Exhibit B, and subject to any explanations and/or exceptions contained therein, Sidley (a) does not hold or represent any interest adverse to the Debtors' estates in matters upon which Sidley is to be engaged, and (b) is disinterested.

4. Sidley has represented, and continues to represent, GE Capital Corporation and certain of its subsidiaries (collectively, "GE") in matters wholly unrelated to the Debtors or their non-debtor affiliates or these Chapter 11 cases. GE entities own 50% of the outstanding equity interests of GE SeaCo, of which SCL, both directly and through certain subsidiaries, is a co-owner. Sidley is not precluded from representing the Debtors in all restructuring/bankruptcy matters and taking positions on behalf of SCL in bankruptcy matters involving GE, both in negotiations and in pleadings, including, but not limited to, confirmation of a plan of reorganization. The Debtors engaged Kirkland & Ellis LLP ("K&E") as special conflicts litigation counsel prior to the Petition Date for the sole and limited purpose of representing SCL in connection with any litigation or arbitration against or involving GE. To the extent that any such litigation is commenced by the Debtors or GE, K&E will represent the Debtors therein.[2]

5. To the best of my knowledge and information, Sidley has no connections with the Office of the United States Trustee or any person employed by the Office of the United States Trustee or the United States Bankruptcy Court for the District of Delaware.

---

[2] The Debtors are filing a separate application to retain Kirkland as special conflicts litigation counsel with respect to GE under section 327(e) of the Bankruptcy Code.

6.    In light of the extensive number of creditors and other parties in interest in these chapter 11 cases, and because definitive lists of all such creditors and other parties in interest have not yet been prepared, neither I nor Sidley are able to conclusively identify all potential relationships. To the extent that I become aware of any additional relationships that may be relevant to Sidley's representation of the Debtors, I will promptly file a supplemental Affidavit.

## DISCLOSURE OF COMPENSATION

7.    Sidley has represented the Debtors in connection with their restructuring efforts to date. Sidley received an advance payment retainers in the amount of $200,000 on April 5, 2006 and $200,000 on April 21, 2006 (together, the "Retainer"). As of the Petition Date, Sidley held a Retainer in the amount of $402,969.64.[3]

8.    In addition to the Retainer that it held as of the Petition Date, Sidley received approximately $5,663,079.85 in fees and $223,489.11 in expenses from the Debtors within one year prior to the Petition Date on account of legal services rendered in contemplation of or in connection with the restructuring efforts of the Debtors and the filing of these chapter 11 cases. A breakdown of the payments to Sidley is as follows:[4]

| DATE OF INVOICE | AMOUNT OF INVOICE | PERIOD COVERED | DATE PAID |
| --- | --- | --- | --- |
| 3/31/2006 | $172,623.34 | Through 03/31/06 | 4/5/2006 |

---

[3]    Of this amount, $2,969.64 represents an overpayment made by the Debtors.

[4]    Each invoice substantially covered a fixed period of time following the period covered by the prior invoice(s). We note that, in certain invoices, Sidley's invoices included certain accrued fees and expenses incurred during periods of time covered by prior invoices. These overlapping periods reflect accrued fees and expenses for the indicated period that were not previously billed to SCL or reflected in prior invoices.

| | | | |
|---|---|---|---|
| 4/10/2006 | $152,933.66 | Through 4/09/06 | 4/21/2006 |
| 4/24/2006 | $265,098.30 | Through 04/21/06 | 5/2/2006 |
| 5/9/2006 | $340,771.02 | Through 05/04/06 | 5/10/2006 |
| 5/19/2006 | $349,599.63 | Through 05/18/06 | 6/7/2006 |
| 6/6/2006 | $461,710.15 | Through 05/31/06 | 6/19/2006 |
| 6/20/2006 | $327,699.00 | Through 06/15/06 | 7/3/2006 |
| 7/11/2006 | $656,216.39 | Through 07/05/06 | 8/16/2006 |
| 8/7/2006 | $690,258.26 | Through 07/31/06 | 8/16/2006 |
| 8/18/2006 | $169,305.43 | Through 08/11/06 | 9/12/2006 |
| 8/30/2006 | $86,319.66 | Through 08/18/06 | 9/12/2006 |
| 8/31/2006 | $94,542.03 | Through 08/25/06 | 9/12/2006 |
| 9/14/2006 | $163,314.76 | Through 09/01/06 | 9/29/2006 |
| 9/19/2006 | $168,446.24 | Through 09/08/06 | 9/29/2006 |
| 9/29/2006 | $218,271.99 | Through 9/15/06 | 10/10/2006 |
| 9/29/2006 | $324,747.74 | Through 9/22/06 | 10/10/2006 |
| 10/06/2006 | $404,661.39 | Through 9/30/06 | 10/13/2006 |
| 10/13/2006 | $840,049.97 | Through 10/15/06 | 10/13/2006 |

9.     Sidley's billing rates currently range from $415 to $850 per hour for U.S.-based partners, and £450 to £550 for U.K.-based partners, $190 to $495 per hour for U.S.-based

associates and £195 to £410 for U.K.-based associates, and $25 to $240 per hour for U.S.-based para-professionals and £110 to £140 for U.K.-based para-professionals, and are subject to periodic adjustment in accordance with Sidley's established billing practices and procedures. In addition, Sidley will be reimbursed for its costs and expenses incurred in connection with these cases at Sidley's normal and customary rates and charges. Sidley's routine policy with respect to expenses is to charge its clients in all areas of practice for Sidley's expenses incurred in connection with the representation. Sidley's expenses customarily charged to clients include, among other things, telephone and telecopier charges, regular and express mail charges, special or hand delivery charges, document processing charges, photocopying charges, travel expenses, computerized research charges, and transportation costs.

10. Sidley is prepared to act on the Debtors' behalf at its normal and customary rates for matters of this type, together with reimbursement of all costs and expenses incurred by Sidley in connection with its representation of the Debtors, and the Debtors have proposed to pay Sidley at such rates and to reimburse it for such expenses, subject to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and any applicable orders of this Court.

11. Sidley has not shared or agreed to share any compensation received in connection with these chapter 11 cases with any other entity other than its partners and associates in accordance with the Firm's partnership agreement and section 504(b) of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this 23rd day of October, 2006.

Larry J. Nyhan

Sworn and subscribed to before
me this _23_ day of _Oct_ 2006

Notary Public

(SEAL)

"OFFICIAL SEAL"
LAUREN HOEFLICH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4/10/2007

8

# ALL SEA CONTAINERS LTD. ENTITIES
(including non-debtor affiliates)

Sea Containers Ltd.
Aegean Speed Lines Maritime Company
Age Communications Ltd
All Reefer Container Line Pte Ltd
Alliance Reefer Container Line
Argyll & Antrim Steam Packet Company Limited
Atlantic Maritime Services Ltd
Bathside Bay Properties Limited
Boxer 2 Ltd
Boxer 3 Ltd
Brasiluvas Agricola Ltda
Burginhall 818 Ltd.
Charleston Marine Containers Inc.
Claymore Shipping Limited
Claymore Shipping Ltd
Contender 1 Ltd
Contender 2 Ltd
Cooltainer Australia Pty Ltd
Cooltainer New Zealand Ltd.
Destinar Limited
Fahrschiff Europa
Fairways and Swinford (Travel) Limited
Fast Ferries Limited
Ferrocarril Transandino S.A.
Ferry and Port Holdings Limited
GE Seaco America LLC
GES India Private Ltd
GNER Holdings Limited
GNER Italia Srl
Great North Eastern Railway Limited
Great South Eastern Railway Ltd.
Great South Western Railway Ltd.
Hart Fenton & Co (Portsmouth) Limited
Hart Fenton & Co Ltd
Highlands Landing Corporation
Houston Marine Containers Inc.
Hoverspeed (1981) Limited
Hoverspeed (Kent) Limited
Hoverspeed Channel Islands Limited
Hoverspeed GB Limited
Hoverspeed Hirings Limited
Hoverspeed Holidays Limited
Hoverspeed Italia Srl
Hoverspeed Limited
Hoverspeed Luxembourg SA
Hoverspeed Pension Trustees Limited
Hoverspeed Services Limited

Hoverspeed Temporary Employees Ltd
Hoverstore SA
Hyde Park Tank Depot Pty Limited
I – Communications Limited
Independent Reefer Services Ltd
International Reefer Services Pty Ltd
Law 773 Ltd.
London and South Western Railway Company Limited
London, Brighon and South Coast Railway Company
M.V. Skywind Ltd.
Melbourne Container Park Pty Ltd
Melbourne Container Park Unit Trust
Meviasur SAC
Mobilbox GmbH
Nagara Ltd
Nagara Tam Ltd
Newhaven North Quay Limited
Nuova Rotonda Srl
Paulista Containers Maritismos Ltda
Periandros SA
Private Box Ltd
Reachback Limited
Riverside (Newhaven) Management Company Ltd.
RMCL Containers Maritismos Ltda
Santos Tank Containers Ltda
SC Harbours Limited (formerly Newhaven Marina)
SC Ropax 1 Ltd
SCI Solutions Ltd.
Sea Containers America Inc
Sea Containers Asia Pte Ltd
Sea Containers Australia Ltd
Sea Containers Australia No 2 Ltd
Sea Containers Australia No 3 Pty Ltd
Sea Containers Brazil Ltda
Sea Containers British Isles Limited
Sea Containers Carribbean Inc
Sea Containers Chartering Limited
Sea Containers Cyprus Holdings
Sea Containers Estonia OU
Sea Containers Ferries Limited
Sea Containers Ferries Scotland Limited
Sea Containers Finance Ireland
Sea Containers Holdings Ltd
Sea Containers House Management Ltd
Sea Containers Italia Holdings Srl
Sea Containers Mauritius Ltd
Sea Containers Ports and Ferries Ltd
Sea Containers Properties Ltd
Sea Containers Property Services Limited
Sea Containers Railway Services Ltd.

Sea Containers Services Limited
Sea Containers South Atlantic Inc
Sea Containers SPC Ltd
Sea Containers UK Limited
Sea Containesrs Ports Limited
Sea Scotland Ltd.
Seacat 2 Ltd
Seacat 3 Ltd
SeaCat 4 Ltd
Seacat 6 Ltd
Seacat 7 Ltd
Seacat AB
SeaCat Ferries Danmark APS
Seacat Limited
Seacat Ltd
Seacat Scotland Guernsey Ltd
Seacat Scotland Limited
SeaCo Chartering Ltd.
SeaCo Parts International Inc.
SeaCo Texas Properties Inc
SeaContainers GmbH
SeaContainers Iberia SA
SeaFast Management Services Ltd
Seastreak America Inc
Seawind Line AB
Seawind Line Oy AB
Silja Europa Oy
Silja Holdings Ltd
Silja Oy Ab
Silja Services Limited
Sociate Bananiere de Motobe SA
Southern Railway Company Ltd
Speedinvest Ltd.
Strider 10 Ltd
Strider 2 Ltd
Strider 4 Ltd
Strider 9 Ltd
Superseacat 1 Ltd
Superseacat 2 Ltd
Superseacat 3 Ltd
Superseacat 4 Ltd
Tabago Properties Ltd
Tackler 3 Ltd
The Great North Western Railway Company Ltd
The Illustrated London New Ltd.
The Illustrated London News
The Illustrated London News and Sketch Limited
The London & Western Railway Company Ltd.
The Marine Container Insurance Company Ltd
Vessel Holdings 3 Ltd

Vessel Holdings Ltd
West Australia Line Limited
Yorkshire Marine Containers Limited

## GE SEACO AND AFFILIATED ENTITIES

GE Capital Container SRL
GE Capital Container Two SRL
GE Capital Corporation
GE Scandinavia APS
GE SeaCo (France) SaRL
GE SeaCo Asia Ltd.
GE SeaCo Australia Pty Ltd.
GE SeaCo Brasil Ltd.
GE SeaCo British Isles Ltd.
GE SeaCo China Ltd.
GE SeaCo Iberia SL
GE SeaCo International Leasing GmBH
GE SeaCo Italia
GE SeaCo Japan Ltd.
GE SeaCo Netherlands
GE SeaCo Services Ltd.
GE SeaCo Services LTS
GE SeaCo SPC Finance SRL
GE Seaco SRL
Genstar Container Corporation
Lucky Dragon Containers Ltd.
Pacifica Ship Management (Singapore) Pte Ltd

## LARGEST UNSECURED CREDITORS

Aspen Trustees Limited
Bank of Scotland
Centrabanca
Citicapital Commercial Corporation
GE France
GE SeaCo America LLC
GE SeaCo British Isles Ltd.
GE SeaCo SRL
HSH Norbank
JP MorganChase Bank
SPCP (Silverpoint)
The Bank of New York
United States Trust Company of New York

## PREPETITION LENDERS TO THE DEBTORS

Bank of Scotland
DVB Bank
HSH Nordbank
KFW Bankengruppe
Nordea Junior

## LENDERS TO NON-DEBTOR SUBSIDIARIES IN WHICH SCL HAS GUARANTEED THE NON-DEBTOR SUBSIDIARIES' OBLIGATIONS

Banca Centrale Di Credito Populare (Centrabank)
Banca Intese SpA (The Italian Bank)
Banco di Sicilia
Bank of Nova Scotia
Bank of Scotland
Barclays Bank
Citicapital
Development Bank of Scotland (DBS Bank)
DVB Bank Ag
Fortis Bank SANV (Meespeirson)
HSH Nordbank Ag
JP Morgan Chase
Mediocredito Centrale
Nordea Bank
Overseas Chinese Banking Corporation
SGB CI Abidjan
Vereinsbank Und Westbank AG
Wachovia

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Allan Hewitt
Anthony Caiafa
Autonoom Gemeentebedrifj Haven Oostende
CGPM Participacoes Ltda.
Corey Bui
Estate of Raul Resende de Castro Silva
GE Capital Containers SRL
GE Capital Containers Two SRL
Glenn Freedman
Guy Roby
Itajara Participacoes Ltda.
Maria Thereza Castro Silva Cavalcante
Robert Corwin
Santana do Rio de Janeiro Participacoes Ltda.
Scott Scheurer
The Belgium State
Veneglass Limited

## MAJOR INSURANCE CARRIERS, REINSURANCE CARRIERS, AGENTS AND BROKERS

AIG Europe (UK) Ltd.
AIG Europe Ltd.
Allianz Marine & Aviation Versicherungs AG
Allied World Assurance Company Ltd.
Aviva General Insurance Pte Ltd.
Beazley Syndicate (Lloyds)
Catlin Insurance Company (Lloyds)
Chubb Insurance Company of Europe SA
Euler Hermes
Gerling General Insurance Company UK Branch
Groupama Transport
Houston Casualty Company
International Transport Intermediaries Club Ltd.
Liberty Mutual Insurance Europe Ltd.
Lloyds of London
Mitsui Insurance
Norwich Union
QBE International Insurance Ltd. (Lloyds)
Royal Sun & Alliance
St. Paul Travelers Insurance Company Ltd.
Starr Excess Liability Insurance International Ltd.
Steamship Mutual Underwriting Association (Bermuda) Ltd.
The Specialty Markets Ltd.
Various Syndicates at Lloyds
Wellington Insurance (Lloyds)
XL Insurance Company Ltd.
Zurich Global Corporate UK Ltd.
Zurich Risk Services

## COUNTERPARTIES TO CERTAIN LEASES

Adamshield Limited
Archlane Limited
Bridgehouse Estates
Durham Investments Six Limited
Grantham Investments Limited
New Crane Ltd.
Orient Express Services Ltd.
Sea Containers British Isles Limited
Sea Containers Railway Services Limited
Tadpole Nominees I Limited
Tadpole Nominees II Limited
The Crown Estate Commissioners
Waterbridge Property Ventures Limited
Yorke Property Management Limited

## EQUITY HOLDERS HOLDING MORE THAN 5%
## OF THE OUTSTANDING CLASS A COMMON STOCK OF SEA CONTAINERS LTD.

Appaloosa Management LP
Contender 2 Ltd.
Newcastle Partners, L.P.
Reed Conner & Birdwell LLC et al
Smith (Donald) & Company Inc.

## ADDITIONAL 18 LARGEST CLASS A EQUITY HOLDERS OF SEA CONTAINERS LTD.

Cede & Co
Christine S Abernethy
Danny Oliver
Duncan Lawrie Offshore
Franco Delle Piane
General Electric Capital
James A Mc Rae
James H Wuller
James N Baptist
James Smillie
Jean W Petree
Lowell Weitkamp & Sally Weitkamp TR
Maurice Anthony Verity & Valerie Ann Verity TR
Michael V Scawn
Richard B Mccammon & Helen M Mccammon JT Ten
Robert Anderson & Co
Robert H Conti
William R Petrie

## HOLDERS OF GREATER THAN 500 CLASS B SHARES OF SEA CONTAINERS LTD.

Alden M Cohen
Antonia K Bally
Cede & Co
Contender 2 Ltd.
Dale H & Kathryn S Thiel
Daniel J Marro TR
Jacques Hochglaube
Michael S Bomar
Miss Ruth Sigl
Patricia Kendall TR
Robert Anderson & Co
Robin W Wilkins

## CURRENT AND FORMER DIRECTORS AND OFFICERS OF THE DEBTORS

Angus R. Frew
Antti Pankakoski

Charles N.C. Sherwood
Christopher W.M. Garnett
Deborah Pharoah
Edwin S. Hetherington
Guy N. Sanders
Ian C. Durant
John D. Campbell
Michael J.L. Stracey
Nicholas J. Novasic
Patricial J. Richardson
Robert M. Riggs
Robert MacKenzie
W. Murray Grindrod

## OTHER PROFESSIONALS RETAINED BY THE DEBTORS

Appleby Sterling Hunter
Aretmis Corporate Finance
BMC Group
Carter Ledyard & Milburn LLP
Collinson Grant
Deloitte & Touche LLP
Kirkland & Ellis LLP
KMPG LLP
M: Communications
PricewaterhouseCoopers LLP
Richard Snowden
Richards Butler LLP
Towers Perrin
Young Conaway Stargatt & Taylor, LLP

## PROFESSIONALS RETAINED BY AD HOC COMMITTEE OF THE PUBLIC NOTEHOLDERS AND TO THE PENSION SCHEMES

Bingham McCutchen LLP
Debevoise & Plimpton LLP
Hammonds
Houlihan Lokey Howard & Zukin
Kroll  Zolfo Cooper
Mercer Inc
Sacker & Partners LLP
Sonnenschein Nath & Rosenthal LLP

## ORDINARY COURSE PROFESSIONALS

Bentleys, Stokes and Lowless
Bulhoes Pedreira, Bulhoes Carvalho, Piva, Rosman and
Souza Leao Advogados
Clive Van Aerde & Partners

Ebsworth & Ebsworth
Hannes Snellman
Holman Fenwick & Willan
Kendall Freeman
Ladas & Parry LLP
M & P Bernitsas Law Offices
Middletons Lawyers
Neptun Juridica
Rosling King Solicitors
Roslyn
Salens
SJ Berwin LLP

(i)      Circumstances in which Sidley has represented clients other than the Debtors in matters involving the Debtors or their non-Debtor affiliates:[1]

None

(ii)     Representations by Sidley of the GE SeaCo and Affiliated Entities (and/or possible affiliates):

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| GE Capital Corporation | |

(iii)    Representations by Sidley of the Largest Unsecured Creditors (and/or possible affiliates):

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Bank of Scotland | |
| Citicapital | |
| JP Morgan Chase Bank | |
| SPCP (Silverpoint) | |
| The Bank of New York | |
| United States Trust Company of New York | |

(iv)    Representations by Sidley of the Prepetition Lenders (and/or possible affiliates) to the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Bank of Scotland | |

(v)    Representations by Sidley of the Lenders (and/or possible affiliates) to Non-Debtor Subsidiaries in which SCL has guaranteed the Non-Debtor Subsidiaries' Obligations:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Banca Intese SpA (The Italian Bank) | |
| Bank of Scotland | |
| Barclays Bank | |
| Bayerische Vereinsbank AG | |
| Citicapital | |
| DBS Bank | |
| Fortis (Meespeirson) | |
| JP Morgan Chase Bank | |
| Overseas Chinese Banking Corporation | |
| Wachovia | |

---

[1]    The information included in this Exhibit reflects Sidley's active and former representations during the last five (5) years.

(vi)    Representations by Sidley of Parties to Significant Litigation with the Debtors:

      None

(vii)    Representations by Sidley of Major Insurance Carriers, Reinsurance Carriers, Agents and Brokers (and/or possible affiliates):

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| AIG | |
| Allianz Marine & Aviation Versicherungs AG | |
| Allied World Assurance Company Ltd. | |
| Chubb Insurance Company of Europe SA | |
| Groupama Transport | |
| Houston Casualty Company | |
| Liberty Mutual Insurance Europe Ltd. | |
| Lloyds | |
| Mitsui Sumitomo Insurance Company | |
| Royal Sun Alliance | |
| Starr Excess Liability Insurance International Ltd. | |
| Wellington Insurance (Lloyds) | |
| XL Insurance Group | |

(viii)    Representations by Sidley of Counterparties to Certain of the Debtors' Leases

      None

(ix)    Representations by Sidley of Equity Holders Holding More that 5% of Sea Containers Ltd.:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Appaloosa Management LP | |

(x)    Representations by Sidley of Additional Class A Equity Holders (and/or possible affiliates) of Sea Containers Ltd.:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| General Electric Capital Corporation | |

(xi)    Representations by Sidley of holder of greater than 500 class B shares of SCL:

      None

(xii)    Representations by Sidley of the Debtors' Current and Former Directors and Officers:

      None

(xiii)   Representations by Sidley of Other Professionals Retained by the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Deloitte & Touche LLP | |
| PricewaterhouseCoopers LLP | |

(xiv)   Representations by Sidley of the Professionals Retained by the ad hoc committee of the public noteholders and the pension schemes:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Debevoise & Plimpton LLP | |

(xv)   Representations by Sidley of the Ordinary Course Professionals:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Hannes Snellman | |
| Kendall Freeman | |
| SJ Berwin LLP | |

3

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SEA CONTAINERS LTD., et al.,[1] | Case No. 06-11156 (KJC) |
| Debtors. | Jointly Administered |
| | **Ref Docket No.** |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION PURSUANT TO 11 U.S.C. § 327(a)

Upon the Application[2] of the above-captioned Debtors for entry of an order authorizing the employment and retention of Sidley Austin LLP ("Sidley") as general reorganization and bankruptcy counsel for the Debtors pursuant to sections 327(a) and 1107(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), nunc pro tunc to the Petition Date; and upon consideration of the Application and all pleadings related thereto, including the Nyhan Affidavit; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Application was due and proper under the circumstances; and it appearing that Sidley neither holds nor represents any interest adverse to the Debtors' estates; and it further appearing that Sidley is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code; and it appearing that the relief requested in the Application is in the best interests of the Debtors, their estates and creditors; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Application is granted; and it is further

---

[1]  The Debtors are Sea Containers Caribbean Inc., Sea Containers Ltd. and Sea Containers Services Ltd.

ORDERED, that pursuant to sections 327(a) and 1107 of the Bankruptcy Code, the employment and retention of Sidley as attorneys for the Debtors is hereby approved <u>nunc pro tunc</u> to the Petition Date on the terms and conditions set forth in the Application and in the Nyhan Affidavit; and it is further

ORDERED, that Sidley shall be compensated in accordance with the procedures set forth in the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of this Court; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2006

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.