# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEA CONTAINERS LTD. et al.,[1] | ) | Case No. 06-11156 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Dkt. Reference No. 43 |

## ORDER GRANTING DEBTORS' APPLICATION PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE TO AUTHORIZE THE RETENTION AND EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS ATTORNEYS FOR THE DEBTORS IN POSSESSION, EFFECTIVE, *NUNC PRO TUNC*, TO THE PETITION DATE

Upon the consideration of the application (the "Application")[2] of the Debtors for entry of an order pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, authorizing the Debtors to retain and employ the law firm of Young Conaway as their bankruptcy and reorganization counsel effective, *nunc pro tunc*, to the Petition Date; and upon the Brady Affidavit in support thereof; and the Court being satisfied based on the representations made in the Application and the Brady Affidavit that said attorneys represent no interest adverse to the Debtors' estates, with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and that their employment is necessary and is in the best interests of the Debtors' estates; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application is GRANTED; and it is further

---

[1] The Debtors are Sea Containers Caribbean Inc., Sea Containers Ltd. and Sea Containers Services Ltd.

[2] Capitalized terms not otherwise defined herein, shall have the meanings ascribed to them in the Application.

ORDERED that in accordance with section 327(a) of the Bankruptcy Code, the Debtors, as debtors and debtors in possession, are hereby authorized to retain and employ the firm of Young Conaway as bankruptcy counsel on the terms set forth in the Application and the Brady Affidavit effective, *nunc pro tunc*, to the Petition Date; and it is further

ORDERED that Young Conaway shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as this Court may direct; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
_____, 2006

_____
Kevin J. Carey
United States Bankruptcy Judge