# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SEA CONTAINERS LTD., et al.,[1] | Case No. 06-11156 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 367 |

## AMENDED ORDER AUTHORIZING DEBTORS TO EMPLOY AND RETAIN KIRKLAND & ELLIS LLP AS ATTORNEYS FOR DEBTORS PURSUANT TO 11 U.S.C. § 327(a), *NUNC PRO TUNC* TO FEBRUARY 7, 2007

Upon the Application[2] of the above-captioned debtors in possession (the "Debtors") for an order (the "Amended Retention Order") amending the Original Retention Order of Kirkland & Ellis LLP ("K&E") authorizing the employment and retention of K&E as their general reorganization and bankruptcy counsel pursuant to section 327(a) of the Bankruptcy Code, nunc pro tunc to February 7, 2007; and upon consideration of the Application and all pleadings related thereto, including the Eaton Affidavit; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Application was due and proper under the circumstances; and it appearing that the relief requested in the Application is in the best interests of the Debtors, their estates and creditors; and it appearing that K&E neither holds nor represents any interest adverse to the Debtors or their estates with respect to the matters upon which it is to be engaged, and that K&E is a disinterested person as that term is defined under Bankruptcy Code § 101(14); and after due deliberation, and good and sufficient cause appearing therefore, it is hereby

---

[1] The Debtors are Sea Containers Caribbean Inc., Sea Containers Ltd. and Sea Containers Services Ltd.
[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Application.

ORDERED, that the Application is granted; and it is further

ORDERED, that this Amended Retention Order supersedes and replaces the Original Retention Order; and it is further

ORDERED, that pursuant to sections 327(a) of the Bankruptcy Code, the employment and retention of K&E as attorneys for the Debtors is hereby approved nunc pro tunc to February 7, 2007 on the terms and conditions set forth in the Application and in the Eaton Affidavit; and it is further

ORDERED, that K&E shall be compensated in accordance with the procedures set forth in the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of this Court; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
March 9, 2007

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

DB02:5799751.1

065635.1001