# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SEA CONTAINERS LTD., et al.,[1] | Case No. 06-11156 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 521 |

## ORDER AUTHORIZING IMPLEMENTATION OF THE
## NON-INSIDER RETENTION PLAN

Upon the Motion[2] of the above-captioned debtors in possession (the "Debtors") for an order authorizing the implementation of the Non-Insider Retention Plan (the "Retention Plan"), pursuant to sections 363(b) and 503(c)(3) of the Bankruptcy Code; and upon consideration of the Motion and all pleadings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and the Office of the United States Trustee (the "Trustee") having filed an objection to the Motion (the "UST Objection") with respect to two of the employees to be covered by the Motion (the "Disputed Employees"); and the Trustee having consented to the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and after due deliberation, and good and sufficient cause appearing therefore, it is hereby

---

[1] The Debtors are Sea Containers Caribbean Inc., Sea Containers Ltd. and Sea Containers Services Ltd.

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

ORDERED, that the Motion is granted to the extent set forth herein; and it is further

ORDERED, that the Retention Plan is authorized and approved with respect to all except the Disputed Employees, and the Debtors are authorized to take all actions necessary to implement the Retention Plan as described in the Motion; and it is further

ORDERED, that the Debtors are authorized, but not required, to make all payments contemplated by the Retention Plan; and it is further

ORDERED, that all payments due under the Retention Plan shall be entitled to administrative expense priority pursuant to 11 U.S.C. 503(b)(1); and it is further

ORDERED, that the Motion is continued to May 18, 2007 with respect to the Disputed Employees; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
May      , 2007

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE