# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SEA CONTAINERS LTD., et al.,[1] | Case No. 06-11156 (KJC) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 957** |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF 333 CAPITAL AS ADVISORS TO THE SALE OF THE IRS COMPANIES PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE, *NUNC PRO TUNC* TO AUGUST 16, 2007

Upon the application (the "Application")[2] of the above-captioned Debtors

for entry of an order authorizing the employment and retention of 333 Capital as advisors

to the sale of the IRS Companies pursuant to section 327(a) of the Bankruptcy Code,

*nunc pro tunc* to August 16, 2007; and upon consideration of the Application and all

pleadings related thereto, including the Scoullar Declaration; and the Court finding that

(a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b)

this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) and (c)

notice of the Application was due and proper under the circumstances; and it appearing

that 333 Capital neither holds nor represents any interest adverse to the Debtors or their

estates; and it further appearing that 333 Capital is a "disinterested person," as that term

is defined in section 101(14) of the Bankruptcy Code; and it appearing that the relief

requested in the Application is in the best interests of the Debtors, their estates and

---

[1]    The Debtors are Sea Containers Caribbean Inc., Sea Containers Ltd. and Sea Containers Services Ltd.

[2]    Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Application.

creditors; and after due deliberation, and good and sufficient cause appearing therefore, it is hereby:

ORDERED, that the Application is granted; and it is further

ORDERED, that the retention and employment of 333 Capital on the terms set forth in the Engagement Letter, as amended by the addendum attached hereto as Exhibit A, is hereby approved *nunc pro tunc* to August 16, 2007; and it is further

ORDERED, that notwithstanding any provision of the Engagement Letter to the contrary, during the pendency of these chapter 11 cases, there shall be (i) no limitations on liability for any claim brought by the Debtors against 333 Capital in connection with the services to be provided by 333 Capital under the Engagement Letter, and (ii) no indemnification or reimbursement of costs and expenses of 333 Capital by the Debtor for claims brought by any other person or entity; provided, however, that clauses (i) and (ii) above will apply only to the extent that is judicially determined (the determination having become final) to have arisen from 333 Capital's bad faith, self-dealing, breach of fiduciary duty (if any), gross negligence or willful misconduct as such terms are interpreted under Delaware law; and it is further

ORDERED, 333 Capital is granted a waiver of the requirements governing approval of compensation and reimbursement of expenses set forth in Local Rule 2016-2; and it is further

ORDERED that this Court will retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: ___Oct 3___, 2007
Wilmington, DE

_____
Kevin J. Carey
United States Bankruptcy Judge

2