# <u>Appendix E</u>

**[Financial Projections]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| SEA CONTAINERS LTD., *et al.*,[1] | ) | |
| | ) | Case No. 06-11156 (KJC) |
| Debtors. | ) | Jointly Administered |
| | ) | |

APPENDIX E

TO

DISCLOSURE STATEMENT FOR DEBTORS' JOINT PLAN PURSUANT
TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

---

[1]    The Debtors in these chapter 11 cases are Sea Containers Caribbean Inc. ("SCC"), Sea Containers Ltd. ("SCL"), and Sea Containers Services Ltd ("SCSL").

Included herein as Appendix E to the Plan are the Newco Unaudited Consolidated Pro Forma Balance Sheet as of November 30, 2008, the assumed "Effective Date" for purposes of these projections, and the Unaudited, Consolidated Financial Statement Projections for the 13-month period from December 1, 2008, to December 31, 2009, and for the years ending December 31, 2010, 2011, and 2012 (collectively, the "Financial Projections"). Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan and the Disclosure Statement.

TABLE OF CONTENTS

|  | PAGE NUMBER |
|---|---|
| Summary of Transactions | 1 |
| Unaudited Consolidated Pro Forma Balance Sheet at the Effective Date, November 30, 2008 | 4 |
| Notes to the Unaudited Consolidated Pro Forma Balance Sheet | 5 |
| Unaudited Consolidated Income Statement Projections for the 13-month period from December 1, 2008, to December 31, 2009, and the years ending December 31, 2010, 2011, and 2012 | 7 |
| Unaudited Consolidated Balance Sheet Projections as of December 31, 2009, 2010, 2011, and 2012 | 8 |
| Unaudited Consolidated Cash Flow Statement Projections for the 13-month period from December 1, 2008, to December 31, 2009, and the years ending December 31, 2010, 2011, and 2012 | 9 |
| Unaudited Consolidated Financial Statement Projection Assumptions | 10 |

**Summary of Transactions**

Newco, a company anticipated to be incorporated in Bermuda will be established to acquire Reorganized SCL's marine container leasing business. On the Effective Date, Newco will enter into the following transactions, collectively the ("Transactions"):

- Borrow approximately $149 million under an Exit Facility with a third party lender to borrow in order to: (a) provide approximately $92 million as partial consideration for the acquisition of Reorganized SCL's marine container leasing business, as explained below; (b) loan approximately $49 million to Reorganized SCL to be repaid from funds repatriated from the liquidation of the Non-Debtor Subsidiaries; (c) fund approximately $4 million in exit financing transaction costs; and (d) provide approximately $4 million in initial funding for Newco's operations. These allocations for the Exit Facility funding have been estimated for the purposes of this Financial Analysis; actual amounts will be determined prior to the Effective Date.

- Purchase Reorganized SCL's marine container leasing business through: (a) acquisition of (i) Quota Holdings, Ltd., a subsidiary of Reorganized SCL that owns 50% of the Class A Quotas of GE SeaCo, and (ii) Reorganized SCL's 30% ownership in the Class B Quotas in GE SeaCo (together the "GE SeaCo interests"); (b) acquisition of Sea Containers SPC Ltd., a Reorganized SCL subsidiary which owns various container assets and any related intellectual property; and (c) acquisition of certain additional container-related assets and interests in GE SeaCo America (collectively the "SCL Acquisition").

- Loan Reorganized SCL $49 million for the purpose of providing Reorganized SCL the funding to extinguish its DIP credit facility on the Effective Date.

The Financial Projections reflect the SCL Acquisition as a business combination with the consideration received by Reorganized SCL equal to the fair value of the net assets on the Effective Date, determined by certain third-party valuation experts as further described in Article VI of the Disclosure Statement, "Statutory Requirements for Confirmation of the Plan." Partial consideration for the SCL Acquisition is being provided in the form of approximately $92 million in cash funded through the Exit Facility. The remaining consideration will be in the form of Newco equity, which will be transferred from Reorganized SCL to certain prepetition creditors in settlement of their Claims in accordance with the terms of the Plan.

Allocation of purchase price on SCL Acquisition

| | |
|---|---:|
| Containers | 118.8 |
| Receivables | 13.8 |
| Investment in GE SeaCo | 343.1 |
| Fair value of net assets acquired | $   475.7 |
| | |
| Cash | $   92.0 |
| Newco Equity | 383.7 |
| Total Consideration | $   475.7 |

All of the assumptions underlying the Financial Projections are described fully in the accompanying notes. Although the Debtors' management has prepared the Financial Projections in good faith and believes the assumptions to be reasonable, it is important to note that the Debtors can provide no assurance that such assumptions will be realized. As described in detail in Article VII of the Disclosure Statement, "Certain Factors to Be Considered Prior to Voting," a variety of risk factors could affect Newco's financial results and must be considered.

The Financial Projections have been presented in U.S. dollars. It is anticipated Newco will elect to use U.S. dollars as its reporting currency, to align its reporting with its anticipated use of U.S. dollars as its functional currency, since the majority of Newco's revenue and operating expenses will be denominated in U.S. dollars. Transactions and balances denominated in other currencies have been recorded in the Financial Projections at assumed foreign exchange rates, as further described in the assumptions.

The Financial Projections consist of: (a) an unaudited consolidated pro forma balance sheet as of November 30, 2008; (b) an unaudited consolidated income statement and cash flow statement projections for the 13-month period from December 1, 2008, to December 31, 2009, and for the years ending December 31, 2010, 2011, and 2012; and (c) an unaudited consolidated balance sheet projections as of December 31, 2009, 2010, 2011, and 2012; and notes thereto.

The Financial Projections reflect the Debtors' current estimate of the expected consolidated financial position, results of operations, and cash flows of Newco. Accordingly, the Financial Projections reflect the Debtors' current assessment as to the occurrence or non-occurrence of certain future events, and of expected future operating performance and business conditions, which are subject to change.

THE FINANCIAL PROJECTIONS HAVE BEEN PREPARED BY THE DEBTORS' MANAGEMENT WITH THE ASSISTANCE OF THEIR FINANCIAL ADVISORS. THE FINANCIAL PROJECTIONS WERE NOT PREPARED TO COMPLY WITH THE GUIDELINES FOR PROSPECTIVE FINANCIAL STATEMENTS PUBLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS AND THE RULES AND REGULATIONS OF THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION. THE DEBTORS' INDEPENDENT ACCOUNTANTS HAVE NEITHER EXAMINED NOR COMPILED THE FINANCIAL PROJECTIONS AND ACCORDINGLY, DO NOT EXPRESS AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT TO THE FINANCIAL PROJECTIONS, ASSUME NO RESPONSIBILITY FOR THE FINANCIAL PROJECTIONS AND DISCLAIM ANY ASSOCIATION WITH THE FINANCIAL PROJECTIONS. EXCEPT FOR PURPOSES OF THE DISCLOSURE STATEMENT, THE DEBTORS DO NOT PUBLISH FINANCIAL PROJECTIONS OF THEIR ANTICIPATED FINANCIAL POSITION OR RESULTS OF OPERATIONS.

MOREOVER, THE FINANCIAL PROJECTIONS CONTAIN CERTAIN STATEMENTS THAT ARE "FORWARD-LOOKING STATEMENTS" WITHIN THE MEANING OF THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995. THESE STATEMENTS ARE SUBJECT TO A NUMBER OF ASSUMPTIONS, RISKS, AND UNCERTAINTIES, MANY OF WHICH ARE BEYOND THE CONTROL OF THE DEBTORS, INCLUDING THE IMPLEMENTATION OF THE PLAN, THE CONTINUING AVAILABILITY OF

2

SUFFICIENT BORROWING CAPACITY OR OTHER FINANCING TO FUND OPERATIONS, ACHIEVING OPERATING EFFICIENCIES, CURRENCY EXCHANGE RATE FLUCTUATIONS, MAINTAINING GOOD EMPLOYEE RELATIONS, EXISTING AND FUTURE GOVERNMENTAL REGULATIONS AND ACTIONS OF GOVERNMENTAL BODIES, NATURAL DISASTERS AND UNUSUAL WEATHER CONDITIONS, ACTS OF TERRORISM OR WAR, INDUSTRY-SPECIFIC RISK FACTORS (AS DETAILED IN ARTICLE VII OF THE DISCLOSURE STATEMENT, "CERTAIN FACTORS TO BE CONSIDERED PRIOR TO VOTING") AND OTHER MARKET AND COMPETITIVE CONDITIONS. HOLDERS OF CLAIMS ARE CAUTIONED THAT THE FORWARD-LOOKING STATEMENTS SPEAK AS OF THE DATE MADE AND ARE NOT GUARANTEES OF FUTURE PERFORMANCE. ACTUAL RESULTS OR DEVELOPMENTS MAY DIFFER MATERIALLY FROM THE EXPECTATIONS EXPRESSED OR IMPLIED IN THE FORWARD-LOOKING STATEMENTS, AND THE DEBTORS UNDERTAKE NO OBLIGATION TO UPDATE ANY SUCH STATEMENTS.

THE FINANCIAL PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY THE DEBTORS, MAY NOT BE REALIZED AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, COMPETITIVE, INDUSTRY, REGULATORY, MARKET, AND FINANCIAL UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE DEBTORS' CONTROL. THE DEBTORS CAUTION THAT NO REPRESENTATIONS CAN BE MADE OR ARE MADE AS TO THE ACCURACY OF THE FINANCIAL PROJECTIONS OR TO THE DEBTORS' ABILITY TO ACHIEVE THE PROJECTED RESULTS. SOME ASSUMPTIONS INEVITABLY WILL BE INCORRECT. MOREOVER, EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THE FINANCIAL PROJECTIONS WERE PREPARED MAY BE DIFFERENT FROM THOSE ASSUMED, OR, ALTERNATIVELY, MAY HAVE BEEN UNANTICIPATED, AND THUS THE OCCURRENCE OF THESE EVENTS MAY AFFECT FINANCIAL RESULTS IN A MATERIALLY ADVERSE OR MATERIALLY BENEFICIAL MANNER. THE DEBTORS DO NOT INTEND AND UNDERTAKE NO OBLIGATION TO UPDATE OR OTHERWISE REVISE THE FINANCIAL PROJECTIONS TO REFLECT EVENTS OR CIRCUMSTANCES EXISTING OR ARISING AFTER THE DATE THE FINANCIAL PROJECTIONS ARE INITIALLY FILED OR TO REFLECT THE OCCURRENCE OF UNANTICIPATED EVENTS. THE FINANCIAL PROJECTIONS THEREFORE, MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR. IN DECIDING WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN, HOLDERS OF CLAIMS OR INTERESTS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE FINANCIAL PROJECTIONS. (SEE, ARTICLE VII OF THE DISCLOSURE STATEMENT, "CERTAIN FACTORS TO BE CONSIDERED PRIOR TO VOTING.")

K&E 13302505.4

## UNAUDITED CONSOLIDATED PRO FORMA BALANCE SHEET AT THE EFFECTIVE DATE, NOVEMBER 30, 2008

| ($ millions) | Newco | (i) | Pro forma Adjustments | (ii) | Pro Forma |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash and cash equivalents | $ 0.0 | | $ 4.0 | (a) | $ 4.0 |
| Accounts receivable - GE SeaCo | - | | 8.3 | (b) | 8.3 |
| Current portion of SCL loan | - | | 41.9 | (c) | 41.9 |
| Current portion of sales-type lease receivable, net | - | | 3.5 | (d) | 3.5 |
| **Total Current Assets** | **0.0** | | **57.7** | | **57.7** |
| Containers | - | | 118.8 | (e) | 118.8 |
| SCL Loan | - | | 7.1 | (c) | 7.1 |
| Sales-type lease receivable, net | - | | 2.0 | (d) | 2.0 |
| Other assets | - | | 4.0 | (f) | 4.0 |
| Investment in GE SeaCo | - | | 343.1 | (g) | 343.1 |
| **Total Assets** | **$ 0.0** | | **$ 532.7** | | **$ 532.7** |
| **Liabilities** | | | | | |
| Current portion of debt | - | | (71.0) | (h) | (71.0) |
| **Total Current Liabilities** | **-** | | **(71.0)** | | **(71.0)** |
| Debt | - | | (78.0) | (h) | (78.0) |
| **Total Noncurrent Liabilities** | **-** | | **(78.0)** | | **(78.0)** |
| **Total Liabilties** | **-** | | **(149.0)** | | **(149.0)** |
| **Shareholders' Equity** | | | | | |
| Common stock and additional paid in capital | 0.0 | | 383.7 | (i) | 383.7 |
| Retained earnings | - | | - | | - |
| **Total Shareholders' Equity** | **0.0** | | **383.7** | | **383.7** |
| **Total Liabilities & Shareholders' Equity** | **$ 0.0** | | **$ 532.7** | | **$ 532.7** |

The accompanying notes are an integral part of the unaudited consolidated Pro Forma Balance Sheet

4

**NOTES TO THE UNAUDITED CONSOLIDATED PRO FORMA BALANCE SHEET**

The unaudited consolidated pro forma balance sheet assumes an Effective Date of November 30, 2008. For the reasons set out in the Plan, the Effective Date is presently uncertain, and a different Effective Date could materially effect the amounts shown in the unaudited, consolidated pro forma balance sheet.

The unaudited consolidated pro forma balance sheet gives effect to the Transactions as if they had occurred on November 30, 2008.

(i) Represents the incorporation of Newco through the issuance of a common stock at par of $0.01 prior to the Effective Date.

(ii) Represents the pro forma adjustments to give effect to the Transactions.

(a) Reflects the residual cash balance that Newco will retain after the Transactions to fund its operations.

Use of the Exit Financing Facility Proceeds

| | |
|---|---|
| **Total Proceeds** | **149.0** |
| Debt Issuance Costs | (4.0) |
| Acquisition consideration | (92.0) |
| SCL loan | (49.0) |
| Operating funds | (4.0) |

(b) Represents the expected accounts receivable to be acquired by Newco on acquisition of Sea Containers SPC Ltd. The estimate of fair value is based on the book value recorded by Reorganized SCL, as such amounts are short term in nature. The amount represents amounts due from GE SeaCo, paid quarterly in arrears, for: (i) the rent on containers under the MLA; (ii) the earnings on containers under the EMA after deducting operating expenses, management fees, and reimbursed administrative expenses from the gross lease revenues; and (iii) net proceeds on container disposals. At the Effective Date, the amount will be recalculated for amounts actually arising in the relevant period. The MLA agreement will terminate shortly after the Effective Date and all container assets covered in this agreement will be transferred into the EMA.

(c) Represents the loan from Newco to Reorganized SCL on the Effective Date to fund Reorganized SCL's retirement of the DIP Facility. The amount is an estimate, dependent on Reorganized SCL's cash requirements at the Effective Date. Reorganized SCL will fund repayment from the cash it plans to receive from final liquidation of the Non-Debtor Subsidiaries in accordance with the Plan. The maximum term of the loan is expected to be five years from the Effective Date.

(d) Represents sales-type leases acquired by Newco on acquisition of Sea Containers SPC Ltd. The amount represents the future lease payments receivable as of the Effective Date, discounted by the interest rate implicit in each lease.

(e) Represents the estimated fair value of containers acquired by Newco upon the acquisition of Sea Containers SPC Ltd. The fair value estimate was determined based on a third-party valuation performed as of June 30, 2008, reduced for estimated container depreciation and disposals for the period from July 1, 2008, to November 30, 2008. The estimate of fair value used is preliminary and will change in the event such value is not reflective of actual containers at their current replacement cost on the Effective Date.

(f) Represents an estimate of debt issuance costs on the Exit Facility.

(g) Represents an estimate of fair value for the 50% equity share in GE SeaCo's Class A quotas, the 30% equity share in GE SeaCo's Class B quotas at the Effective Date, and the 50% membership interests in GE SeaCo America.

Class A quotas are fully voting and participate equally in earnings with 50% held by GE Capital Container Two SRL, a GE Capital subsidiary, and 50% to be held by Newco. The ownership interest in GE SeaCo America is also fully voting and Newco participates equally in earnings with a GE Capital subsidiary. Class B quotas represent investment in earnings of containers under the MLA agreement and are nonvoting quotas. Newco will acquire the 30% of the Class B quotas which hold dividend rights to the earnings on containers under the MLA agreement. Newco will also acquire a 50% membership interest in GE SeaCo America, which employs a limited U.S. staff who handle operations, leasing and end-of-useful-life disposal of certain U.S based container assets.

The fair value adjustments recorded for the SCL Acquisition in these Financial Projections are preliminary estimates and do not reflect the potential identification of any intangible assets that may arise upon completion of a fair value assessment at the Effective Date. As a result, the final purchase price allocation for the SCL Acquisition may result in a materially different allocation than that presented in these Financial Projections. An increase or decrease to the various assets or establishment of liabilities may have an impact that could be material to Newco's income statement projections.

(h) Represents the borrowing under the Exit Facility.

It is expected that the Exit Facility will be secured by the container fleet and SCL loan. The Exit Facility is expected to have a term of five years and is modeled using an annual interest rate of 9% for 2009 and 2010, 6% for 2011, and 5% for 2012. For the purpose of these Financial Projections, it is assumed that all cash received after payment of interest and the cost of operating Newco is used to repay the Exit Facility.

(i) Represents the total value of Newco equity on the Effective Date after the transactions.

**UNAUDITED CONSOLIDATED INCOME STATEMENT PROJECTIONS FOR THE 13-MONTH PERIOD FROM DECEMBER 1, 2008, TO DECEMBER 31, 2009, AND THE YEARS ENDING DECEMBER 31, 2010, 2011, AND 2012**

Newco
Income Statement Projections

|  |  | Period Ending December 31, 2009 | | Year Ending December 31, 2010 | Year Ending December 31, 2011 | Year Ending December 31, 2012 |
|---|---|---|---|---|---|---|
| ($ millions) |  |  |  |  |  |  |
| Revenues | 1 | $ | 40.8 | $  31.6 | $  26.7 | $  22.3 |
| Operating expenses | 2 |  | (22.1) | (16.6) | (13.5) | (11.0) |
| Selling, general, and administrative | 3 |  | (2.5) | (2.5) | (2.5) | (2.5) |
| Depreciation | 4 |  | (15.1) | (10.9) | (7.9) | (6.3) |
| Total Operating Expenses |  |  | (39.7) | (30.0) | (23.9) | (19.8) |
| Equity in earnings of GE SeaCo | 5 |  | 35.4 | 29.4 | 28.4 | 35.8 |
| **Operating income** |  |  | **36.5** | **31.0** | **31.2** | **38.3** |
| Interest expense | 6 |  | (10.5) | (5.8) | (2.7) | (1.5) |
| Interest income | 6 |  | 0.9 | 0.4 | 0.1 | - |
| Interest expense, net |  |  | (9.6) | (5.4) | (2.6) | (1.5) |
| **Gain before income taxes** |  |  | **26.9** | **25.6** | **28.6** | **36.8** |
| Income tax expense | 7 |  | (0.1) | (0.1) | (0.1) | (0.1) |
| **Net Income** |  | $ | **26.8** | $  **25.5** | $  **28.5** | $  **36.7** |

The accompanying notes are an integral part of these Unaudited Consolidated Financial Statement Projections.

7

K&E 13302505.4

## UNAUDITED CONSOLIDATED BALANCE SHEET PROJECTIONS FOR DECEMBER 31, 2009, 2010, 2011, AND 2012

| ($ millions) | Note | December 31, 2009 | December 31, 2010 | December 31, 2011 | December 31, 2012 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash and cash equivalents | 1 | $    4.0 | $    4.0 | $    4.0 | $    4.0 |
| Accounts receivable - GE SeaCo | 2 | 6.1 | 5.4 | 4.8 | 4.2 |
| Current portion of SCL loan | 3 | 3.5 | 3.6 | - | - |
| Current portion of sales-type lease receivable, net | 4 | 1.7 | 0.3 | - | - |
| **Total Current Assets** | | 15.3 | 13.3 | 8.8 | 8.2 |
| | | | | | |
| Containers, net | 5 | 88.7 | 66.8 | 48.6 | 32.7 |
| SCL loan | 3 | 3.6 | - | - | - |
| Sales-type lease receivable, net | 4 | 0.3 | - | - | - |
| Other assets | 6 | 3.3 | 2.6 | 1.7 | 0.8 |
| Investment in GE SeaCo | 7 | 367.4 | 396.8 | 425.2 | 461.0 |
| **Total Assets** | | $    478.6 | $    479.5 | $    484.3 | $    502.7 |
| | | | | | |
| **Liabilities** | | | | | |
| Current portion of debt | 8 | (20.0) | (22.0) | (18.3) | (1.5) |
| **Total Current Liabilities** | | (20.0) | (22.0) | (18.3) | (1.5) |
| | | | | | |
| Debt | 8 | (48.0) | (21.5) | (1.5) | - |
| **Total Noncurrent Liabilities** | | (48.0) | (21.5) | (1.5) | - |
| | | | | | |
| **Total Liabilties** | | (68.0) | (43.5) | (19.8) | (1.5) |
| | | | | | |
| **Shareholders' Equity** | | | | | |
| Common stock and additional paid in capital | | 383.7 | 383.7 | 383.7 | 383.7 |
| Retained earnings | | 26.9 | 52.3 | 80.8 | 117.5 |
| **Shareholders' Equity** | | 410.6 | 436.0 | 464.5 | 501.2 |
| | | | | | |
| **Total Liabilities & Shareholders' Equity** | | $    478.6 | $    479.5 | $    484.3 | $    502.7 |

The accompanying notes are an integral part of these Unaudited Consolidated Financial Statement Projections.

8

## UNAUDITED CONSOLIDATED CASH FLOW STATEMENT PROJECTIONS FOR THE 13-MONTH PERIOD ENDING DECEMBER 31, 2009, AND THE YEARS ENDING DECEMBER 31, 2010, 2011, AND 2012

| ($ millions) | Period Ending December 31, 2009 | Year Ending December 31, 2010 | Year Ending December 31, 2011 | Year Ending December 31, 2012 |
|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | |
| Net income | $ 26.8 | $ 25.5 | $ 28.5 | $ 36.7 |
| Adjustments to reconcile net income to net cash provided by operating activities | | | | |
| Equity in earnings of GE SeaCo | (35.4) | (29.4) | (28.4) | (35.8) |
| Depreciation | 15.1 | 10.9 | 7.9 | 6.3 |
| Other non-cash items | 0.7 | 0.7 | 0.9 | 0.9 |
| Changes in assets and liabilities | | | | |
| Decrease in accounts receivable - GE SeaCo | 2.2 | 0.7 | 0.6 | 0.6 |
| Decrease in other receivables | 3.5 | 1.7 | 0.3 | - |
| Decrease in Investment in GE SeaCo (B Quota Termination Fees) | 11.1 | - | - | - |
| Total adjustments | (2.8) | (15.4) | (18.7) | (28.0) |
| **Net cash provided by operating activities** | 24.0 | 10.1 | 9.8 | 8.7 |
| | | | | |
| **Cash flows from investing activities:** | | | | |
| Proceeds from disposal of containers | 15.0 | 11.0 | 10.3 | 9.6 |
| Decrease in loan notes receivable | 41.9 | 3.5 | 3.6 | - |
| **Net cash provided by / (used in) investing activities** | 56.9 | 14.5 | 13.9 | 9.6 |
| | | | | |
| **Cash flows from financing activities:** | | | | |
| Repayment of debt | (81.0) | (24.5) | (23.7) | (18.3) |
| **Net cash used in financing activities** | (81.0) | (24.5) | (23.7) | (18.3) |
| | | | | |
| Decrease in cash and cash equivalents | - | - | - | - |
| Cash and cash equivalents, beginning of period | 4.0 | 4.0 | 4.0 | 4.0 |
| **Cash and cash equivalents, end of period** | $ 4.0 | $ 4.0 | $ 4.0 | $ 4.0 |

9

## UNAUDITED CONSOLIDATED FINANCIAL STATEMENT PROJECTION ASSUMPTIONS

### Newco operations overview

As a result of SCL Acquisition, Newco's principal activity will be the owning and leasing of marine containers to ocean carriers through its subsidiary Sea Containers SPC Ltd. Its other primary source of revenue will be as a result of its equity ownership in GE SeaCo through Quota Holdings Ltd.

As part of the SCL Acquisition, Newco will assume the relevant contracts between SCL, Sea Containers SPC Ltd. and GE SeaCo, whereby GE SeaCo will continue to manage the leasing operations for Newco's owned containers. In addition to its responsibility for leasing and re-leasing the equipment to ocean carriers, GE SeaCo will dispose of the containers at the end of their useful economic life, under Newco's direction. The EMA will permit GE SeaCo to use the containers owned by Newco ("Newco Fleet"), together with other containers owned or managed by GE SeaCo, as part of a single fleet operated without regard to ownership. Although certain containers in the Newco Fleet will be under the MLA at the time of the Effective Date, these containers will be transferred into the EMA shortly thereafter.

### Projection assumptions overview

Newco does not have historical operations. Consequently Newco has yet to select its generally accepted accounting principles (GAAP) or establish its accounting policies. The assumptions have been prepared on a basis consistent with U.S. GAAP, where applicable. The assumptions however, may or may not ultimately reflect the accounting policies that Newco will adopt with its future financial reporting.

The projections have been reported in U.S. dollars. Certain transactions and balances to be incurred in British Pounds Sterling have been converted to U.S. dollars at an exchange rate of $2 U.S. dollars to £1.

### Unaudited, consolidated income statement projection assumptions

#### 1. Revenues

Revenue in these Financial Projections represents the estimated gross rental income generated by the Newco Fleet. GE SeaCo, acting on behalf of Newco will enter into leases with ocean carriers, principally as lessor in operating leases, for marine cargo equipment.

The operating leases will be either master leases or term leases (mostly one to five years). Master leases do not specify the exact number of containers to be leased or the term that each container will remain on-hire but allow the ocean carrier to pick up and drop off containers at various locations, and rentals will be charged to ocean carriers and recognized by Newco based upon the number of containers used, at the applicable per-diem rate. Term leases are for a fixed quantity of containers for a fixed period of time.

10

Revenues have been recognized on a straight-line basis over the life of the respective lease.

Container per-diem rates and utilization assumptions have been based on information which management believes to be a reasonable indication of per-diem and utilization rates for the Newco containers during the Financial Projection periods presented.

GE SeaCo will offer a repair service to customers of the Newco Fleet, whereby the customer pays an additional rental fee for the convenience of having Newco incur the repair cost for containers damaged while on lease. This fee is recorded as revenue when earned according to the terms of the rental contract, typically on a straight line basis over the lease unless the agreement calls for a fixed fee at the end of the lease. Repair costs, when incurred by this service, are included within operating expenses.

## 2. Operating expenses

Operating expenses include:

- Operating expenses incurred by GE SeaCo in managing Newco's owned container fleet, which are reimbursed by Newco, as the container owner and, thus, the ultimate obligor. Such expenses are directly attributable to the container operations and include insurance, handling positioning, inspections, recovery, storage, and repairs;

- Management fees payable to GE SeaCo for the Newco Fleet projected at 3.1% of the gross lease revenue earned on the Newco Fleet.

- Selling, general, and administrative expenses incurred by GE SeaCo on Newco's behalf. These expenses will represent Newco Fleet's allocation on a proportionate basis to all fleets managed by GE SeaCo. The amounts have been determined based upon financial information which management believes to be reasonable.

## 3. Selling, general, and administrative expenses

These include expenses for the general management and administrative functions of Newco, including finance and accounting, information technology, legal, and office rental expense. The estimate does not include provision for any exceptional costs; for example litigation costs or transaction costs that would arise if the Newco sought to list its securities.

## 4. Depreciation

Container assets in the Newco Fleet are depreciated over a 15-year life (20 years for tank containers) from the date of original build, on a straight-line basis, to a residual value amount.

Actual depreciation will depend on the age, type, and condition of containers held in the fleet at the relevant dates. The Financial Projections assume no further capital expenditures within the Newco Fleet.

11

## 5. Equity in earnings of GE SeaCo

This represents Newco's 50% share of GE SeaCo income on an after-tax basis for the projection periods. The amounts are based on estimated results and are dependent on the future financial performance of GE SeaCo.

## 6. Interest expense and income

This represents an estimate of interest expense due to the Exit Facility. The amount assumes a constant interest rate applied to the average balance outstanding for each of the periods under projection. The Financial Projections assume a 9% interest rate for 2009 and 2010, 6% for 2011, and 5% for 2012. The Financial Projections assume cash in excess of working capital needs of $4 million are used to repay the Exit Facility. The actual interest expense during the period covered in the Financial Projections is dependent on the amount of the Exit Facility on the Effective Date, the actual interest rate, and the timing of repayments.

The SCL loan is expected to be interest bearing. The actual interest income during the projection period is dependent, however, on the amount of the SCL loan on the Effective Date and the timing of repayments. The Financial Projections have assumed a net realizable amount of $49 million, inclusive of an interest component and recoverable principal. As such, no interest income on the SCL loan has been separately projected in the income statement projections.

Interest income has been estimated on the sales-type lease receivable for the difference between the present value of minimum lease payments on acquisition and the payments expected to be received.

## 7. Taxation

Newco is anticipated to be domiciled in Bermuda and will therefore not be subject to income taxes. Consequently, no provision for income taxes has been made for the periods under projection, except for an amount associated with potential taxable income in the United Kingdom relating to staff service fees.

## Unaudited, consolidated balance sheet projection assumptions

## 1. Cash and cash equivalents

Cash balances in excess of $4 million, considered necessary for working capital needs, will be used to service the Exit Facility

## 2. Accounts receivable GE SeaCo

Accounts receivable represent amounts due from GE SeaCo as rental income and disposal proceeds on the Newco Fleet are settled one quarter in arrears.

K&E 13302505.4

## 3. SCL loan

The amount of the SCL loan will diminish as cash is paid to Newco by Reorganized SCL, from funds repatriated to Reorganized SCL from the wind-down of the Non-Debtor Subsidiaries. The Financial Projections assume that the SCL loan will be repaid in full by December 31, 2011, though the loan is expected to be structured with a five-year term.

Repayment of the SCL loan is subject to adequate funds being remitted to Reorganized SCL from the Non-Debtor Subsidiaries and no additional competing claims on Reorganized SCL's resources. Prior to repatriation of cash to Reorganized SCL, the Non-Debtor Subsidiaries must complete certain asset disposals, settle and/or pay third-party creditor claims, and undertake wind-down and/or liquidation processes. These factors are subject to uncertainty, and there is a significant chance the loan will not be repaid in full. No provision has been made for non repayment of any of this loan balance.

## 4. Sales-type lease receivable, net

The projections assume timely payment based on the existing lease contract terms. The projections only include the sales-type leases acquired and do not reflect the entering into of any additional sales-type leases.

The projected sale-type lease receivable balance for each period is as follows:

| ($ millions) | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| Gross sales type lease receivable | 2.5 | 0.4 | - | - |
| Unearned interest income | (0.5) | (0.1) | - | - |
| Sales type lease receivables, net | 2.0 | 0.3 | - | - |

## 5. Containers

Container assets are shown net of accumulated depreciation. The Financial Projections assume container disposals, at net book value, of $15 million during the 13-month period from December 1, 2008, to December 31, 2009, and $11.0 million, $10.3 million, and $9.6 million during the years ended December 31, 2010, 2011, and 2012, respectively. The projections include an assumption to cease depreciation on a container at the time management determines the container should be held for sale. The book value at the time Newco stops taking depreciation is assumed to equal the proceeds on disposal, with no gain or loss on sale. Actual container disposals may result in gains or losses. No containers are considered held for sale at each projected balance sheet date presented.

13

### 6. Other assets

These debt issuance costs in connection with the Exit Facility are amortized over the contractual period of the Exit Facility of five years.

### 7. Investment in GE SeaCo

The equity investment in GE SeaCo is adjusted to reflect Newco's 50% share in GE SeaCo's earnings. The assumptions do not anticipate any impairment. The Financial Projections assume a reduction of $11.1 million during the 13 months ending December 31, 2009, in relation to estimated termination fees for the MLA.

### 8. Debt

The balance of the Exit Facility is forecast to be paid in full during the first half of 2013.

### Unaudited, consolidated cash flow projection assumptions

### 1. Dividends

Newco does not expect to declare or pay cash dividends for the periods covered in the Financial Projections. The terms of the Exit Facility are expected to limit, among other things, Newco's ability to pay dividends. It is also assumed that no cash dividends will be received from Newco's investment in GE SeaCo during the period covered by the Financial Projections.

### 2. Administrative costs

It is assumed that all administrative costs are settled, in cash, in the year they are incurred.